UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

RICHARD SOWINSKI,
    Plaintiff,

  v.

WELLS FARGO BANK, N.A.,
    Defendant.
_____/

No. C 11-6431 SC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:        August 7, 2012
Mediation:  Rob Pohls

    IT IS HEREBY ORDERED that the request to excuse defendant Wachovia's corporate representative from personal attendance at the August 7, 2012, mediation session before Rob Pohls is GRANTED.  The representative will be available at all times to participate in the mediation as set forth in ADR L.R. 6-10(f).

    IT IS SO ORDERED.

July 30, 2012                    By: _____
Dated                                        Donna M. Ryu
                                            United States Magistrate Judge

GRANTED
Judge Donna M. Ryu