1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD SOWINSKI,                           No. C 11-06431 SC

            Plaintiff,

    v.                                      **STATUS CONFERENCE ORDER**

WELLS FARGO BANK, N.A.,

            Defendant.

_____/

IT IS HEREBY ORDERED THAT:

(1)  This case is set for trial on **Monday, 03/17/2014, at 9:30 a.m.**, or as soon thereafter as the court may designate, all counsel having been advised that they must be prepared to go to trial on a trailing basis.  This order shall also apply to all trial continuance dates.

(2)  All discovery shall be completed and all depositions taken by **01/10/2014**.

(3)  The last hearing date for motions, to be noticed in accordance with Civil Local Rule 7-2, is **Friday, 02/07/2014, at 10:00 a.m.**  Counsel should contact the courtroom deputy clerk for an available date prior to noticing any motions for hearing.

(4)  All counsel shall meet prior to the pretrial conference to discuss the preparation of a joint pretrial statement and possible settlement of the action.  Within one week thereafter, all counsel shall sign and file a written statement briefly summarizing the result of said conference, insofar as possible settlement is concerned.

**United States District Court**
For the Northern District of California

1    (5)  A pretrial conference shall be held before the court on **Friday, 03/07/2014,**

2    **at 10:00 a.m.**

3    (6)  Not <u>less</u> <u>than</u> <u>fourteen</u> <u>calendar</u> <u>days</u> prior to the date set for trial, the parties

4    shall:

5        (a)  serve and file trial briefs;

6        (b)  submit a list of the witnesses, including expert witnesses, they intend

7    to present and any <u>Daubert</u> challenges (if not presented they will be deemed waived),

8    the order of presentation, and an estimate of testimony time (both direct and cross), and

9    a brief statement as to the content of the witness' testimony.  No witnesses other than

10   those on said list shall be allowed to testify (except upon express order of the court),

11   also with reference to expert witnesses, FRCP Rule 26 will be adhered to and applied;

12       (c)  serve and file statements designating excerpts from depositions

13   (specifying the witness and page and line references), from interrogatory answers and

14   from responses to requests for admission to be offered at the trial other than for

15   impeachment or rebuttal;

16       (d)  exchange copies of all exhibits to be offered and all schedules,

17   summaries, diagrams and charts to be used at the trial other than for impeachment or

18   rebuttal.  Upon request, a party shall make the original or the underlying documents of

19   any exhibit available for inspection and copying.  Each proposed exhibit shall be pre-

20   marked for identification in a manner clearly distinguishing plaintiff from defendant,

21   and a list of exhibits shall be prepared by each party.

22   (7)  (a)  If a jury trial has been demanded, the parties shall <u>not</u> <u>less</u> <u>than</u> <u>fourteen</u>

23   <u>days</u> before the date set for trial, e-file with the court, proposed voir dire questions, a

24   <u>complete</u> set of proposed jury instructions and verdict form upon which they have

25   agreed, including all standard instructions regarding the role of jurors, organization of

26   the jury, communication with the court, etc.  At the same time, each party shall e-file

27   with the court, all proposed jury instructions upon which any other party does not agree,

28   noting the corresponding instruction, if any, being lodged by the other party.  Each

proposed instruction shall (I) be concise and free from argument; (ii) show the identity of the offering party; (iii) be typewritten in full on separate pages; (iv) be consecutively numbered; and (v) set forth specific citations to supporting authority.

(b)  If a non-jury trial is requested, each party must submit proposed findings of fact and conclusions of law and form of judgment at least fourteen days before trial.

(8)  Each party shall see to it that all depositions are brought to court on the trial date.

(9)  No provisions of the order may be changed except by order of this court upon its own motion, or upon motion of one or more parties made pursuant to Civil Local Rule 7.

(10)  Failure to strictly comply fully with each and all provisions of this order will be deemed sufficient grounds to impose sanctions, which may include dismissal of the action, dismissal of cross-complaint, dismissal of defenses, or refusal of testimony of witnesses not listed per 6(b) above.

Dated: July 26, 2013

United States District Judge

United States District Court
For the Northern District of California

3

1    INSTRUCTIONS FOR EXHIBIT MARKERS, EXHIBIT LIST, AND TRANSCRIPTS

2

3                            EXHIBIT MARKERS

4         Counsel should fill in the appropriate markers leaving the "Date Entered" and
     "Deputy Clerk" lines blank.

5
          Plaintiff's exhibits should be denoted as:  1, 2, 3, etc.  Defendant's exhibits should be
6    denoted as:  A, B, C, etc.

7
                               EXHIBIT LIST
8
          Counsel are to supply all the requested information with the exception of the two
9    "Date Boxes."

10
                         COLOR OF EXHIBIT BINDERS
11
          Plaintiff's exhibit binders must be black and Defendant's exhibit binders must be
12   blue.

13
                               TRANSCRIPTS
14
          Should a daily transcript and/or realtime reporting be desired, arrangements must be
15   made with the Courtroom Deputy at least fourteen (14) days before the scheduled trial date.

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NO. _____          DATE _____

_____ v. _____

EXHIBIT LIST

(    ) Plaintiff                                        (    ) Defendant

| EXHIBIT NUMBER | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. _____    Case No. _____

**PLTF** Exhibit No. _____1_____    **DEFT** Exhibit No. _____A_____

Date Entered _____    Date Entered _____

Signature _____    Signature _____

Case No. _____    Case No. _____

**PLTF** Exhibit No. _____2_____    **DEFT** Exhibit No. _____B_____

Date Entered _____    Date Entered _____

Signature _____    Signature _____

Case No. _____    Case No. _____

**PLTF** Exhibit No. _____3_____    **DEFT** Exhibit No. _____C_____

Date Entered _____    Date Entered _____

Signature _____    Signature _____

Case No. _____    Case No. _____

**PLTF** Exhibit No. _____4_____    **DEFT** Exhibit No. _____D_____

Date Entered _____    Date Entered _____

Signature _____    Signature _____

Case No. _____    Case No. _____

**PLTF** Exhibit No. _____5_____    **DEFT** Exhibit No. _____E_____

Date Entered _____    Date Entered _____

Signature _____    Signature _____

Case No. _____    Case No. _____

**PLTF** Exhibit No. _____6_____    **DEFT** Exhibit No. _____F_____

Date Entered _____    Date Entered _____

Signature _____    Signature _____