1  Robert A. Bailey (#214688)
     rbailey@afrct.com
2  ANGLIN, FLEWELLING, RASMUSSEN,
     CAMPBELL & TRYTTEN LLP
3  199 South Los Robles Avenue, Suite 600
   Pasadena, California 91101-2459
4  Telephone: (626) 535-1900
   Facsimile:  (626) 577-7764
5
   Attorneys for Defendant
6  WELLS FARGO BANK, N.A.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  RICHARD SOWINSKI,                        Case No.: 3:11-cv-06431-SC
12                   Plaintiff,              [The Honorable Samuel Conti]
13       vs.
14  WELLS FARGO BANK, N.A. AND               **STIPULATION AND ~~PROPOSED~~ ORDER
    DOES 1-10,                               TO FURTHER EXTEND DEADLINE FOR
15                                           HEARING DISPOSITIVE MOTIONS AND
                                             TO CONTINUE TRIAL [L.R. 6-2]**
16                   Defendants.
                                             **IT IS SO ORDERED AS MODIFIED**
17

18

19

20

21       THE PARTIES THROUGH THEIR UNDERSIGNED COUNSEL STIPULATE

22  PURSUANT TO LOCAL RULE 6-2 AS FOLLOWS

23       Whereas, on July 26, 2013, this Court issued its case management order setting a

24  Discovery Cutoff date of January 10, 2013, the Last Day to Hear Dispositive Motions for

25  February 7, 2014 and trial for March 17, 2014.

26       Whereas, defendant Wells Fargo Bank, N.A., ("Wells Fargo") has propounded written

27  discovery and requests for production of documents on Plaintiff.

28       Whereas, although Plaintiff has agreed to produce documents he has not yet done so.

1  Whereas, Wells Fargo properly noticed the depositions of Plaintiff and Mrs. Sowinski to
2  take place on December 10, 2013.  However, on December 5, 2013 Plaintiff's counsel advised
3  Wells Fargo that Plaintiff and Mrs. Sowinski were too ill to proceed with their depositions.
4  Plaintiff's counsel also advised that he represents Mrs. Sowinski.

5  Whereas, as a result of Plaintiff's and Mrs. Sowinski's failure to attend their deposition
6  and provide discovery, the Parties stipulated to continue the date by which Wells Fargo could
7  complete discovery as well as the deadline for hearing dispositive motions.  On December 6,
8  2013 the Court entered an order extending Wells Fargo's discovery cutoff to January 24, 2013
9  and the date by which dispositive motions must be heard to February 21, 2013.  (Dkt #64).

10  Whereas, Plaintiff's counsel thereafter provided new dates on which he and his clients
11  would be available for deposition.  Based on this information, Wells Fargo properly noticed the
12  depositions of Plaintiff and Mrs. Sowinski for January 14 and January 15, 2014, respectively.

13  Whereas, on January 13, 2014, Plaintiff's counsel emailed Wells Fargo's counsel to
14  advise that Plaintiff's and Mrs. Sowinski's depositions could not go forward, this time due to
15  counsel's illness.

16  Whereas, Plaintiff's continuing failure to provide documents and participate in a
17  deposition have impeded Wells Fargo's ability to bring a Motion for Summary Judgment and
18  prepare for trial within the timeframe set by the Court's July 26, 2013 scheduling order, as
19  modified by the Court's December 6, 2013 Order.

20  The declaration required by Local Rule 6-2(a) is attached.

21

22  WHEREFORE, the parties stipulate as follows:

23  Plaintiff and Mrs. Sowinski will appear for their depositions on January 24, 2013, and no
24  further extensions or continuances of the depositions will be made.

25  The deadline by which dispositive motions must be heard may also be extended by
26  another 14 days to March 7, 2014.

27  The pretrial conference may be rescheduled to ~~March 28, 2014~~ April 4, 2014.

28  Trial may be continued to April 7, 2014.

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1   All other dates in the Court's July 26, 2013 scheduling order will remain unaffected.

2   IT IS SO STIPULATED.

3

Dated: January 15, 2013               ANGLIN, FLEWELLING, RASMUSSEN,
4                                                      CAMPBELL & TRYTTEN LLP

5                                             By:  */s/ Robert A. Bailey*
                                                   Robert A. Bailey
6                                                  Attorneys for Defendant
                                                   WELLS FARGO BANK, N.A.
7
Dated: January 15, 2013               GRAHAM & MARTIN
8
                                              By:  */s/ Michael Martin*
9                                                  Michael Martin
                                                   Attorneys for Plaintiff
10                                                 RICHARD SOWINSKI

11

12  PURSUANT TO STIPULATION, IT IS SO ORDERED

13

14  Dated: 01/16/2014
                                                   Hon. Samuel C.
15                                                 United

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Samuel Conti]