Anthony Graham (#148682)
 anthonyggraham@msn.com
GRAHAM & MARTIN, LLP
3130 South Harbor Blvd., Suite 250
Santa Ana, California 92704
Tel: 714.850.9390

Attorneys for Plaintiff
RICHARD SOWINSKI

Robert A. Bailey (#214688)
 rbailey@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Telephone: (626) 535-1900
Facsimile:  (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SOWINSKI,<br><br>          Plaintiff,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A. AND DOES 1-10,<br><br>          Defendants. | Case No.: 3:11-cv-06431-SC<br><br>[The Honorable Samuel Conti]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

THE PARTIES THROUGH THEIR UNDERSIGNED COUNSEL STIPULATE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii):

Whereas, on April 17, 2014, Plaintiff filed a document that purported to be a Notice of Dismissal using a form adopted for use by the U.S. District Court for the Central District of California, but not used by the Northern District.

1. Whereas, pursuant to Federal Rule of Civil Procedure 41, the Notice of Dismissal filed April 17, 2014 was ineffective because defendant Wells Fargo Bank, NA had answered and the Notice of Dismissal was not accompanied by a stipulation.

2. Whereas, dismissal Plaintiff desires to dismiss this action in its entirety.

WHEREFORE, the parties stipulate as follows:

This action is dismissed in its entirety WITH PREJUDICE.

The parties are to bear their own fees and costs associated with this action.

IT IS SO STIPULATED.

Dated: April 28, 2014

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By: /s/ Robert A. Bailey
Robert A. Bailey
Attorneys for Defendant
WELLS FARGO BANK, N.A.

Dated: April 28, 2014

GRAHAM & MARTIN

By: /s/ Anthony Graham
Anthony Graham
Attorneys for Plaintiff
RICHARD SOWINSKI

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

05/02/2014

IT IS SO ORDERED

Judge Samuel Conti